■ In the Matter of the Claim of JOSEPHINE PARASCANDOLA, Appellant, v. LA MARQUISE FOOTWEAR COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs, and without prejudice to its renewal upon the argument of the case.

■ ADMIRAL CORPORATION, Appellant, v. REINES DISTRIBUTORS, INC., Respondent. (Action No. 1.) ADMIRAL CREDIT CORPORATION, Appellant, v. REINES DISTRIBUTORS, INC., Respondent. (Action No. 2.) — Motion for permission to hand up all exhibits in lieu of printing thereof granted.

■ In the Matter of the Claim of J. DAVID ROSS, Respondent. PERINI CORPORATION et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion by appellant to withdraw and discontinue appeal granted, without costs.

■ ROBERTA CAROL et al., Appellants, v. GLUSKER EMKAY SALES CORP. et al., Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 1, 1960 and is ready for argument at the January 1961 Term of this court, in which event the motion is denied.

■ CITY OF ALBANY, Appellant, v. COPLIN YARAS, Respondent, et al., Defendants.— Motion granted to the extent that judgment may be entered in the County Court, Albany County, for the sum of $431.35 in favor of the plaintiff and against the defendant-respondent, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HUNTER, Appellant.— Motion by respondent for an extension of time within which to file brief and argue appeal. Motion granted and the time to serve and file brief is extended to October 10, 1960, and the appeal to be ready for argument at the Term of this court commencing October 31, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN CRAWFORD, Appellant.— Motion for assignment of counsel. Motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MENDEL, Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER LYNN MOORE, Appellant.— Application for assignment of counsel denied.

■ BELOTTE & NARDONE, INC., Appellant, v. DUNN GARDEN APARTMENTS, INC., Respondent.— Motion to dismiss appeal granted, without costs.

■ In the Matter of the Claim of CHARLES CURATALO, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.—Motion to amend the memorandum decision of this court, handed down July 12, 1960 (ante, p. 840), or for reargument, or, in the alternative, for permission to appeal to the Court of Appeals denied, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORBERT EASTMAN, Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time is extended to October 31, 1960.

■ MARIE ASCHMUTAT, Appellant, v. STATE OF NEW YORK, Respondent. WILLIE ASCHMUTAT, an Incompetent Person, by MARIE ASCHMUTAT, as Committee of His Person and Property, Appellant, v. STATE OF NEW YORK, Respondent. — Motion denied, without costs.

■ NICHOLAS TURCICH et al., Appellants, v. STATE OF NEW YORK, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. There is question whether the argument presented upon the appeal herein and upon this motion were fully presented upon claimants' motion in the Court of Claims to vacate the order of dismissal and our decision does not preclude a motion in the Court of Claims for reargument thereof,